TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
LINDSEY A. MORGAN (SBN 274214)
lmorgan@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for defendant
Midland Credit Management, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELTON BOYD,<br><br>    Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., and CSC-LAWYERS INCORPORATING SERVICE, as agent for service for MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendants. | CASE NO.: 2:13-cv-01815-LKK-DAD (PS)<br><br>**NOTICE OF SETTLEMENT** |

1     NOTICE IS HEREBY GIVEN that Plaintiff, GREGORY ELTON BOYD, has settled his case with Defendant MIDLAND CREDIT MANAGEMENT, INC. The parties are in the process of finalizing the settlement agreement and anticipate filing a joint request for dismissal, with prejudice, within twenty-one (21) days pursuant to Local Rule 160.

DATED: September 6, 2013     SIMMONDS & NARITA LLP
                                          TOMIO B. NARITA
                                          LINDSEY A. MORGAN

                              By: /s/Lindsey A. Morgan
                                     Lindsey A. Morgan
                                     Attorneys for defendant
                                     Midland Credit Management, Inc.

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1)   NOTICE OF SETTLEMENT

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Gregory Elton Boyd
1645 Scarlet Ash Ave., #220
Sacramento, CA 95834
Plaintiff in pro per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 6th day of September, 2013.

                                                               s/Lindsey A. Morgan
                                                               Lindsey A. Morgan