UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELTON BOYD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., and CSC-LAWYERS INCORPORATING SERVICE, as agent for service for MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　Defendants. | CASE NO.: 2:13-cv-01815-LKK-DAD (PS)<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

1  Pursuant to the stipulation and joint request, IT IS HEREBY ORDERED that
2  the action of plaintiff GREGORY ELTON BOYD against defendants MIDLAND
3  CREDIT MANAGEMENT, INC. and CSC - LAWYERS INCORPORATING
4  SERVICE, as agent for service for MIDLAND CREDIT MANAGEMENT, INC.,
5  be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
6  Civil Procedure, with each party bearing its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 10, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

**1)   [PROPOSED] ORDER GRANTING STIPULATION AND JOINT REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Gregory Elton Boyd
1645 Scarlet Ash Ave., #220
Sacramento, CA 95834
Plaintiff in pro per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 9th day of September, 2013.

s/Lindsey A. Morgan
Lindsey A. Morgan